JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. OTERO, an individual, | **CASE NO.: CV09-5205 CAS (JCx)** |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company ; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the Notice of Settlement filed by counsel for plaintiff CAROL A. OTERO, IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice.

DATED: September 21, 2009

_Christina A. Snyder_
JUDGE OF THE U.S. DISTRICT COURT